# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130249

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLARD P. WILCOX, GORDON W.
WILCOX, THEODORE W. WILCOX,
DAVID W. PALMER and CAROLYN
P. SHAH,
      Plaintiffs-Appellees,

v

ELK RAPIDS TOWNSHIP and
ELK RAPIDS TOWNSHIP BOARD,
      Defendants-Appellants,

and

ELK RAPIDS SPORTSMAN'S CLUB, INC.,
      Intervening Defendant.

SC: 130249
COA: 261139
Antrim CC: 04-008041-CZ

_____/

On order of the Court, the application for leave to appeal the November 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724